IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN ANN SANDS WEDEWARD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

13-cv-100-bbc

LOCAL 306, NATIONAL POSTAL MAIL
HANDLERS UNION,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant granting summary judgment in favor of Local 306, National Postal Mail Handlers Union and dismissing this case.

    /s/                                                              7/16/2014

Peter Oppeneer, Clerk of Court                         Date