DOC NO
REC'D/FILED

2014 JUL 22 AM 10: 38

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Susan Ann Sands Wedeward, | ) |
| Plaintiff, | ) Case No,: 13-cv-100 |
| V. | ) District Judge Barbara B. Crabb |
| Local 306, National Postal Mail Handler Union | ) Magistrate Judge Stephen L. Crocker |
| Defendant, | ) |

   This is an APPEAL in regards to your decision to grant Judgement in Favor of the defendant Local 306, National Postal Mail Handlers Union. Entered in on 7/16/2014.

   The decision written by Judge Barb Crabbs is untruthful and unlawful and will be challenged in this court and the Supreme Court of Wisconsin, and unto the Supreme Court in Washington DC. As you know I have hired a Federal Plaintiff Attorney to finish and to handle any and all Supreme Court Action brought against Ms. Barb Crabb. The EEOC is at the Supreme Court of Wisconsin 12-cv-266-bbc was dismissed and sent in Writ form booklet style to the Chief Justice Shirley S. Abrahamson. Ms. Crabb you also blocked the Social Security lawsuit from entering into the Court Case No. 12-cv-491-bbc Ms. Crabb you dismissed this case based on no evidence.

Other cases related in the DANE COUNTY CIRCUIT COURT 13-CV-3691 Defendant U.W. Hospital and Clinics. Case No. 13-cv-220 Defendant Group Health Cooperative. Case No. 13sc00813 Defendant Attorney Kathleen Reiley. Case No. 13cv0215 Defendant Dean Clinic. Case No. 13cv0221 Defendant UW Hospital & Medical Foundation, Spine Clinic, Pain Clinic. Case No. 13sc00814 Defendant Barb Hayden. Case No. 13cv0217 Defendant Judith Hoffman RN. Case No. 13cv0216 Defendant Meriter Hospital. Case No. 13cv0218 Defendant Broadspire. Case No. 09FA301 Divorce William Ernest Wedeward, Respondent Susan Ann Wedeward. Case No. 3-12-16554-rdm. Bankruptcy. In Addition their are three Harassment injunctions against me one in Milwaukee WI Postal Inspection Service. One in Madison WI Pamela Lynn Davenport, and one by Postal Inspector J. S. Girardot.

The Social Security Case No.12-cv-491-bbc I write this so you can review this case and it's dismissal. I have had no Health Insurance just Medicare and they are now charging me a hundred a month for Medicare B. I have stacks of medical and Dental bill's for me and my two children. I am going to embarrass you because I explained in the Social Security that I was not receiving the money that was being reported on statements and W2 to the IRS. Ms. Crabb William Ernest Wedeward my ex-husband opened a checking account at Anchor Bank in my married name after the Divorce, in Susan A. Wedeward. I have filed a Claim against Judge Niess who presided over out Divorce because Anchor Bank would not change my name. I made three attempts and they said it is not your legal name your husband showed us your Divorce Document. I went downtown with my Mum and we bought a copy of the Divorce Document. It has eraser marks on the bottom box proving tampering and this box indicates the name currently that you have chosen. It was Susan Ann Sands. In all Divorce Documents it states that I was hyphenating my name. I said it in the Trial and I saw the Divorce Document that I was ask to sign and it was typed Susan Ann Sands. I asked both the Judge and the Attorney Janet Rasmussen Guardian Ad Litem, "what do I do it says Susan Ann Sands and I want my name Hyphenated" "Janet said it will be what ever you sign from this date forward" and I signed it Susan Sands Wedeward, Ms. Rasmussen and my Mum witnessed my signature. Most of the Social Security money was going into the account that William and his girlfriend and boyfriend opened in my married name. The patent was put in my hyphenated name by Attorney Chuck Sara at USPTO.GOV. Ms. Crabb

case: 3:13-cv-00100-bbc Document #27 Filed August 16, 2013 Pages 3 of 8 July 20, 2014

if you would have allowed the Social Security Civil Action into the Court room to be heard you would have learned of this fraud. I and my children have had no way to pay for anything and my son Weston is diabetic, type one and now has serious complications. Weston was just transferred to the Adult Endocrine Clinic because of his health problems. I was in Cambridge his senior year in my Mother's basement and boys are the worst at taking care of themselves. I will destroy your reputation as an Attorney and as a Judge for this Ms. Crabb. Judge Niess was also informed that the mental health records put in the Divorce case for Trial and hid from me, belong to neighbor David Paterson sister Mary Paterson patient of Dr. Matthew Flegus. Attorney Barb Hayden would not allow me to come to two of the hearings and this is what they did the name and mental health and credit card abuse. I was in debt because of William and his tool and HIS excessive spending not because of my children's needs. These people also took out loans in Minnesota and were approved by David paterson brother who is a banker or was a banker. I have been receiving collection calls that started after my Mother Divorced Ronnie R. Rubitsky. I sent a copy of the differed phone calls at Charter to another number to the Attorney General and Cambridge Sheriff. After my Mum and I reset the the pass code the collection calls came in from the loans taken out. Let's not forget the Life Insurance that the Wedeward Family took on my Mum and me at American Family. I think those payments for the Life insurance are being taken out of the Fraud Susan A. Wedeward account. I filed chapter 13 bankruptcy because I could not get paid. I also learned that William and the Mail Handlers Union filed for disability at OPM and

the payments were going into this account at Anchor Bank. I had no access to this account and I still do not have access I filed with the United States Banking commission and hired a Civil Large Claim Plaintiff Attorney to sue Anchor Bank for the identity theft and poverty. I am leaving Anchor Bank the first week in August. Now Ms. Crabb not only is your decision full of lies and distortions I gave them medical documentation and when it was asked for it was on the Health Unit as being current. I have a print out of the health restrictions being current. You and the jury will Love the Health Net exhibits showing it was current and no restrictions were needed form Susan A. Wedeward. WHY did they ask for the restrictions than Nancy Paterson works at St. Marry's and I learned of all her interference at Dean right as the Divorce was finishing. They all thought take her off her restrictions and she will die at work, the Union did this Barb. The Union helped William steal the TSP money just prior to the Divorce and during the Divorce. The Union helped William apply for OPM when I had applied and it was denied while still forcing myself to go to work and sit and I was still married, it was DENIED AT OPM. How is it than that the Union and William could get this approved and sent to this account at Anchor Bank that he used a debit card for. William also had his daughter start selling Stella & Dot and after two parties she found out he was telling everyone it was mine. Rachel quit selling Stella & Dot and someone else sold it and put it in the account so you and the IRS all the Judges will think SUSAN CAN WORK. I cannot work! I have filmed my spine with movement and you will get sick to your stomach when you watch them in your Court or on the

National Television. I take full offense at you referring to the injury happening sometime in October - 2006. I want you to know Ms. Crabb that the Bone Scan done at UW Hospital and Clinics with die can tell you down to the day and almost to the minute when my injury happened and guess, just guess at what it said October 29, 2006. Heat Activated and used in criminal cases is that not what this is CRIMINAL. William and the Union tried to make you think they could make me work and I had been working and crazy and nothing was on my test, it's all lies for extortion. David Paterson who was our neighbor at 3601 Johns St. was and IS having a sexual relationship with William in addition to the one with Shelly, I was told it's her thing. Now this case has to be heard in front of a Jury and cannot be dismissed because the contract was not upheld. I was sent home not in a paid status. William had the Union wrapped around his finger to prevent me from being paid and make sure he got all the money because he deserved it, right. Now let's talk about Bribes Ms. Crabb and I want you to know I feel you are right in on this and so is Attorney Barry Bennett. How do I know a couple honest Doctors told me what was offered and some records. I am not accusing Magistrate Stephen L. Crocker of taking any bribe. The Union is responsible for making sure injured employes get paid and that the description of the injury be done correctly. My injury was no accident William favorite movie is King Pin and the accident " nasty cheese grating accident leaving the Amish man disabled" not funny he had them do this to me out on the SPBS.

I will file over your decision on this case to over-turn it in my favor and let it be in the Court against this Union for Discrimination, Fraud, Falsification, Misrepresentations of FACTS, Harassment, Murder, preventing Arbitration, preventing Grievances by taking off stapled exhibits. The exhibits will make you very angry at this Union for their lack or NO MORALS. I was never paid any Grievance money for most of my career because I did not work overtime. This is against the National Contract, was Bill getting my Grievance money? I won the EEOC Barb, I won the Social Security Barb, I won the injury Barb, I won the obstruction of Justice Barb, maybe not in your Court but it will be in the Supreme Court and it's now fifty Million as punishment against all Unions. The Motion was on time. I am still alive, your nasty stall tactics are World News.

I would like a response within one Month so I may move forward against you and my enemies in the Supreme Court. You may have some knowledge of mans laws without reference, you have no knowledge of GOD's Laws.

Submitted as and Appeal in Case No. 13-cv-100bbc.

Susan Ann Sands Wedeward