IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SUSAN ANN SANDS WEDEWARD,

                                                 ORDER

         Plaintiff,

                                         13-cv-100-bbc

    v.

LOCAL 306, NATIONAL POSTAL
MAIL HANDLERS UNION,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     In this civil action for breach of the duty of fair representation by a union, this court entered judgment on July 16, 2014, granting defendant's motion for summary judgment and dismissing the case.  Now plaintiff Susan Sands Wedeward has filed a notice of appeal. Because plaintiff has not paid the $505 fee for filing an appeal, I construe her notice as a request for leave to proceed in forma pauperis on appeal pursuant to 28 U.S.C. § 1915. Because this case was removed to this court from the Circuit Court for Dane County, I cannot determine whether plaintiff is automatically eligible for in forma pauperis status. Plaintiff will have to show that she is entitled to pauper status.  Therefore, I will give plaintiff until August 15, 2014 to complete and file the enclosed affidavit so that I may determine her financial eligibility to proceed on appeal without prepaying the filing fee.

ORDER

IT IS ORDERED that plaintiff Susan Sands Wedeward shall have until August 15, 2014, in which to file an affidavit of indigency with the court so that a determination can be made whether she is eligible to proceed on appeal in forma pauperis.

Entered this 29th day of July, 2014.

                              BY THE COURT:

                              /s/
                              BARBARA B. CRABB
                              District Judge